COMMONWEALTH of Pennsylvania, Respondent

v.

**Ronald Carl ENYEART, Petitioner**

**No. 319 WAL 2017**

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

AND NOW, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Domingo VEGA, Petitioner**

**No. 302 WAL 2017**

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

AND NOW, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

**Michael Lamont ELLIS, Petitioner**

**No. 308 WAL 2017**

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

AND NOW, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.